NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3085

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-13-0494-W-1.

----------------------------------------------------------------------

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3087

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0362-I-1.

_____

## ON MOTION

_____

PER CURIAM.

## O R D E R

Jimmi Tyler Rebish moves to reconsider his "prior motions" in the above-captioned petitions for review. In particular, Rebish asks the court to reconsider its July 18, 2014 order denying his request to transfer to the Federal Mediation and Conciliation Service or the U.S. Department of the Interior's Office of Collaborative Action and Dispute Resolution. Rebish also requests a 90-day stay of proceedings so he can obtain legal counsel.

The court notes that the order for which Rebish seeks reconsideration was issued on July 18, 2014. Because Rebish's motion for reconsideration is untimely, the court will not consider the merits of the motion. *See* Fed. Cir. R. 27(l).

Accordingly,

IT IS ORDERED THAT:

(1) The motion for reconsideration is denied.

(2) Rebish's motion for a stay is granted to the extent that he may file his reply briefs within 90 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30